UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO._____

```
------------------------------------------------ X
MELVLYN and REBECCA NACHLAS       :
FRANKS,                           :
                                  :
          Plaintiffs,             :
v.                                :
                                  :
IRONSHORE SPECIALTY               :
INSURANCE COMPANY,                :
                                  :
          Defendant.              :
------------------------------------------------ X
```

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, and 28 U.S.C. § 1332, defendant, Ironshore Specialty Insurance Company ("Ironshore"), through its undersigned counsel, hereby removes to this Court the instant action from the Circuit Court of the Sixteenth Judicial Circuit of Florida, Monroe County (the "State Court Action") and, in support of the removal, states as follows:

1.  The State Court Action was commenced by plaintiffs, Melvyn[1] and Rebecca Nachlas Franks (the "Plaintiffs"), with the filing of their Complaint for Damages on June 14, 2018 in the Circuit Court of the Sixteenth Judicial Circuit of Florida, Monroe County (Case No. 18CA454P).

2.  Ironshore was served with the Complaint on August 6, 2018 via electronic delivery from the Chief Financial Officer of the State of Florida. This Notice of Removal is

---

[1] Upon information and belief, the plaintiff's first name is Melvyn, not "Melvlyn" as set forth in the Complaint.

therefore timely pursuant to 28 U.S.C. § 1446(b)(2)(B).  *See Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347–48 (1999).

3. The sole defendant in the State Court Action is Ironshore.  Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Ironshore in the State Court Action is attached hereto as Exhibit "A."

4. The Complaint seeks coverage under a homeowners insurance policy issued by Ironshore to the Plaintiffs, No. HNR00139800 (the "Policy"), in regard to a claim submitted by the Plaintiffs that was assigned claim number IHO11518 (the "Claim").  The Claim involves loss and/or damage from Hurricane Irma that occurred on or about September 10, 2017 at the Plaintiffs' residence located at 137 Columbus Drive, Islamorada, Florida 33036 (the "Property").

## AMOUNT IN CONTROVERSY

5. The amount in controversy in this action exceeds the $75,000 threshold under 28 U.S.C. § 1332(a).

6. The Policy is subject to, *inter alia*, a Coverage A (Dwelling) limit of liability of $1,250,000, a Coverage B (Other Structures) limit of liability of $12,500, a Coverage C (Personal Property) limit of liability of $250,000 and a Coverage D (Loss of Use) limit of liability of $125,000.  *See* Policy excerpt attached as Exhibit "B", Homeowners Insurance Declarations Page (Form No. HCA.DEC.001 (01/14)).

7. The Plaintiffs submitted a claim under the Policy to Ironshore for the repair of damage allegedly resulting from Hurricane Irma.  The Plaintiffs' public adjuster, Matthew Plietz, prepared a repair estimate in the total amount of $529,349.67, a copy which is attached hereto as Exhibit "C."

8.  Based upon Ironshore's investigation of the Claim, it determined that the amount of wind damage to the Property fell below the Policy's applicable deductible. A copy of Ironshore's March 1, 2018 position letter sent to the Plaintiffs is attached hereto as Exhibit "D." Therefore, no payments have been made to the Plaintiffs under the Policy for the Claim.

9.  Accordingly, the amount in controversy is well in excess of the $75,000 jurisdictional threshold of this Court.

## DIVERSITY OF CITIZENSHIP

10. The Plaintiffs and Ironshore are citizens of different states for purposes of establishing diversity jurisdiction under 28 U.S.C. § 1332.

11. The Plaintiffs are citizens of the State of Florida. Specifically, Plaintiffs have claimed a Homestead Exemption for the Property, thus confirming that the Property is their primary residence. *See* online record for the Property from the Monroe County Property Appraiser (http://mcpafl.org) attached as Exhibit "E."[2]

12. Ironshore is an Arizona corporation with its principal place of business in Massachusetts. *See* online record for Ironshore from the website of the Florida Department of State, Division of Corporations (http://dos.myflorida.com/sunbiz) attached as Exhibit "F"; *see also* online record for Ironshore from the website of the Florida Office of Insurance Regulation (www.floir.com) attached as Exhibit "G."

13. In sum, because diversity of citizenship exists between the Plaintiffs and Ironshore, and the amount in controversy exceeds $75,000, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

---

[2] Per. Fed. R. Civ. P. 5.2, the user account number has been redacted.

14. The United States District Court for the Southern District of Florida encompasses the place where the State Court Action is pending. Accordingly, this Court is the proper federal venue for this action.

15. No previous application has been made for the relief requested herein.

16. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for the Plaintiffs and a copy is being filed with the Clerk of the Circuit Court of the Sixteenth Judicial Circuit of Florida, Monroe County.

WHEREFORE, defendant Ironshore Specialty Insurance Company respectfully removes this case from the Circuit Court of the Sixteenth Judicial Circuit of Florida, Monroe County.

Dated: September 5, 2018

Respectfully submitted,

LITCHFIELD CAVO LLP

By: s/ Dana B. Schulman
Ira S. Bergman, Esq. (FL Bar No. 980900)
bergman@litchfieldcavo.com
Dana B. Schulman, Esq. (FL Bar No. 1002612)
schulman@litchfieldcavo.com
600 Corporate Drive, Suite 600
Fort Lauderdale, Florida 33334
Tel.: (954) 689-3000
Fax: (954) 689-3001
*Attorneys for Defendant,*
*Ironshore Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2018, I served a true and correct copy of the foregoing Notice of Removal upon counsel for plaintiffs, David LaValle, Esq. and Darren Zipris, Esq., Zipris Lavalle, P.A., 12000 Biscayne Blvd., Suite 401, North Miami, FL 33181 by e-mail and U.S. Mail, postage prepaid.

    s/ Dana B. Schulman
    Dana B. Schulman, Esq. (FL Bar No. 1002612)
    schulman@litchfieldcavo.com
    Litchfield Cavo LLP
    600 Corporate Drive, Suite 600
    Fort Lauderdale, Florida 33334
    Tel.: (954) 689-3000
    Fax: (954) 689-3001
    *Attorneys for Defendant,*
    *Ironshore Specialty Insurance Company*